IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| KANDY K. MECKFESSEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6189-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Alan Stuart Graf
P. O. Box 98
Summertown, TN  38483

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204
Nancy A. Mishalanie

Page 1 - JUDGMENT

Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

Attorneys for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

Dated this  5th  day of September, 2008.

    /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT