Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED
OCT 28 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

KANDY MECKFESSEL

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 07-6189-KI

ORDER FOR EAJA
ATTORNEY FEES

---

Based upon the stipulation of the parties, the Commissioner is ordered to pay Plaintiff, payable to his attorney, Alan S. Graf, PO Box 98, Summertown, TN 38483, the amount of $6,889.82 pursuant to 28 USC § 2412, Equal Access to Justice Act (EAJA); and costs pursuant to 29 USC § 1920 in the amount of $350.00.

It is so ordered:

DATED 10-28-08

/s/ signature
United States District Court Judge

Prepared as to form

/s/  Alan Graf
Attorney for Plaintiff

ORDER